Hiller Arthur HAYES, Appellant

v.

UNITED STATES.

No. 16803.

United States Court of Appeals
Eighth Circuit.

Nov. 6, 1961.

Hiller Arthur Hayes, pro se.

John A. Newton, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from Order of District Court denying Writ of Habeas Corpus and motion for vacation of sentence dismissed.

Hiller Arthur HAYES, Appellant

v.

UNITED STATES.

No. 16804.

United States Court of Appeals
Eighth Circuit.

Nov. 6, 1961.

Hiller Arthur Hayes, pro se.

John A. Newton, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from Order of District Court ·denying election of defendant not to commence service of sentence and petition ·for stay of sentence, etc., dismissed.

Raymond COOK, Appellant

v.

UNITED STATES of America.

No. 16811.

United States Court of Appeals
Eighth Circuit.

Nov. 30, 1961.

James P. Miley, St. Paul, Minn., for appellant.

Miles W. Lord, U. S. Atty., St. Paul, Minn., for appellee.

PER CURIAM.

Appeal dismissed on motion of appellee

UNITED STATES of America,
Appellee,

v.

William L. SAWYER, Appellant.

No. 8443.

United States Court of Appeals
Fourth Circuit.

Argued Jan. 3, 1962.

Decided Jan. 9, 1962.

F. Hooper Bond (Court-appointed counsel), Baltimore, Md., for appellant. J. Hardin Marion, III, Asst. U. S. Atty., Baltimore, Md. (Joseph D. Tydings, U. S. Atty., Baltimore, Md., on brief), for appellee.

Before SOPER, HAYNSWORTH and BRYAN, Circuit Judges.

PER CURIAM.

The judgment in this case is affirmed on the opinion of the District Judge, U. S. v. Copes, D.C., 191 F.Supp. 623.

Affirmed.